■ EDITH NILES, Respondent, v. GERALD NILES, Appellant.— Order, Supreme Court, New York County, entered July 5, 1973, is unanimously modified, on the law, the facts and in the exercise of discretion, to vacate the provision awarding custody of the children to the plaintiff; to remand the application for child custody for reconsideration *de novo*; and to reduce the award of alimony to $425 per week, and as so modified, the order is affirmed,

without costs and without disbursements. In view of the substantial factual issues concerning the possible adverse effect, upon the children, of an award of custody to the plaintiff, we believe that it was inappropriate to grant such application based solely on affidavits. (See *Aberbach* v. *Aberbach*, 35 A D 2d 935; cf. *Meltzer* v. *Meltzer*, 38 A D 2d 522.) Accordingly, the matter is remanded for reconsideration and upon reconsideration, the services of the Family Counseling Unit should be utilized. (See *Anonymous* v. *Anonymous*, 34 A D 2d 942.) Additionally, considering the parties' financial circumstances and needs, and in view of the vacatur of the custody award, alimony should be reduced as directed. Concur — Markewich, J. P., Murphy, Steuer, Tilzer and Capozzoli, JJ.